IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| TINA M. MCCOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:19-00050 |
| ) | |
| UNIVERSITY OF VIRGINIA ) | |
| MEDICAL CENTER, and ) | |
| CHARLES WILSON, and ) | |
| RYAN M. RALL, and ) | |
| COMMONWEALTH OF VIRGINIA, and ) | |
| RECTOR AND BOARD OF VISITORS ) | |
| OF THE UNIVERSITY OF VIRGINIA, ) | |
| ) | |
| Defendants. ) | |

### **DEFENDANT'S NOTICE OF COMPLETION OF BRIEFING**

Defendant the Rector and Board of Visitors of the University of Virginia ("UVA") notifies the Court that briefing is complete on Defendant's Partial Motion for Summary Judgment [ECF 35], dated April 22, 2020. Plaintiff filed a Response to the Motion on May 6, 2020 [ECF 37]. Defendant UVA filed a Reply in support of the Motion on May 13, 2020 [ECF 38]. Briefing on the Motion is complete, UVA hereby waives a hearing on the Motion, and the Motion is ripe for this Court's decision.

Dated: May 27, 2020                    Respectfully Submitted,

RECTOR AND BOARD OF VISITORS
OF THE UNIVERSITY OF VIRGINIA

By   /s/   Elizabeth M. Ebanks
Elizabeth M. Ebanks (VSB #72111)
elizabeth.ebanks@ogletree.com
Bret G. Daniel (VSB #92189)
bret.daniel@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Tel.:   (804) 663-2330
Fax:    (855) 843-1809
*Counsel for the Rector and Board
of Visitors of the University of Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2020, I electronically filed the foregoing with the clerk of the court using the CM/ECF system to:

Carla D. Brown
CHARLSON BREDEHOFT COHEN &
BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
cbrown@cbcblaw.com

*Counsel for Plaintiff*

E. Lewis Kincer, Jr.
Office of the Attorney General
202 N. Ninth Street
Richmond, Virginia 23219
Telephone: (804) 371-2101
Fax: (804) 371-2087
Email: ekincerjr@oag.state.va.us

*Counsel for Defendants
the Commonwealth of Virginia, Charles
Wilson, and Ryan M. Rall*

RECTOR AND BOARD OF VISITORS
OF THE UNIVERSITY OF VIRGINIA

By    /s/   Elizabeth M. Ebanks
Elizabeth M. Ebanks (VSB #72111)
elizabeth.ebanks@ogletree.com
Bret G. Daniel (VSB #92189)
bret.daniel@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA 23219
Tel.: (804) 663-2330
Fax: (855) 843-1809
*Counsel for the Rector and Board
of Visitors of the University of Virginia*

42953518.1