IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| TINA M. MCCOY,<br><br>            *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF VIRGINIA MEDICAL CENTER, *ET AL.*,<br><br>            *Defendants.* | CASE NO. 3:19-CV-00050<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' joint stipulation of dismissal. Dkt. 88. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is **DISMISSED with PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this  3rd   day of September, 2021.

                                                                                   /s/ Norman K. Moon
                                                                                   NORMAN K. MOON
                                                                                   SENIOR UNITED STATES DISTRICT JUDGE